UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANOUX LORIENT,

      Petitioner,

v.                                                 Case No.: 2:19-cv-913-FtM-38MRM

WILLIAM BARR, CHAD WOLF and
JIM MARTIN,

      Respondents.
                                              /

**ORDER OF DISMISSAL WITHOUT PREJUDICE**[1]

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1, Petition) filed December 30, 2019. Petitioner Anoux Lorient, a native and citizen of Haiti, challenges his detention pending his removal as violating federal statutory and constitutional law. (*See generally*, *Id.*). Lorient did not accompany his Petition with requisite filing fee or a motion seeking leave to proceed *in forma pauperis*. The Local Rules permit this Court to *sua sponte* to dismiss a prisoner case if an application to proceed *in forma pauperis* is not filed or the filing fee is not paid within thirty (30) days of the action's commencement. M.D. Fla. R. 1.03(e). On January 6, 2020, the Court issued a Standing Order for All Confined, *Pro Se* Litigants (Doc. 2) advising Lorient of various pleading and procedural rules, including Local Rule 1.03(e). (*See* Doc. 2, ¶ 2). On January 15, 2020, the Standing Order was returned to the Court as "undeliverable." As of this Order, Lorient has not paid the filing fee or applied to proceed *in forma pauperis*.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Over thirty (30) days has passed since the Court's Standing Order was returned as "undeliverable," and Lorient has not filed a notice of change of address with the Court. It would be futile to issue a show cause order before dismissing this action.

Accordingly, it is hereby

**ORDERED:**

1. The Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED without prejudice under M.F.D. Fla. R. 1.03(e).** Should Petitioner wish to pursue this case, he must do so by filing a new petition and paying the $5.00 filing fee or applying to proceed *in forma pauperis*.

2. The **Clerk of Court** will terminate any pending motions, close this case, and enter judgment.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of February, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record